UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:10-CR-112 |
| | ) | |
| JANE MARIE OWENS | ) | |

**O R D E R**

On October 25, 2010, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of the Bill of Information; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Bill of Information; and (C) Defendant shall remain on bond pending sentencing in this matter (Doc. 10). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

(3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday, March 14, 2011, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

                                                  */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE